O 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

MIDDLE DISTRICT OF ALABAMA

FILED
JUN 21 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA
V.
NICKCOLE WOODY

**WARRANT FOR ARREST**

CASE NUMBER: 3:05mj 77-M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   NICKCOLE WOODY
                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

making a false or fictitious oral or written statement likely to deceive a firearms dealer and making a false or fictitious oral or written statement to a person licensed under Chapter 44 of the United States Code,

in violation of Title __18__ United States Code, Section(s) __922(a)(6) and 924(A)(1)(a)__

Vanzetta Penn McPherson                United States Magistrate Judge
Name of Issuing Officer                 Title of Issuing Officer

_Vanzetta Penn McPherson_ (signature)
Signature of Issuing officer            Date and Location

Bail fixed at $ _____   by _____
                                      Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |