**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

√ INITIAL APPEARANCE
☐ BOND HEARING
☐ DETENTION HEARING
☐ PRELIMINARY (EXAMINATION)(HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

DATE: 6/22/05

DIGITAL Recording : 3:03 - 3:14

PRESIDING MAG. JUDGE: Vanzetta Penn McPherson   DEPUTY CLERK: W. Robinson
CASE NO.   3:05mj77-M             DEFENDANT NAME: Nickcole Woody
AUSA:  Verne H. Speirs            DEFT. ATTY: Kyla Kelim
                                  Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD

PTSO: Ron Thweatt                 USPO: _____

Defendant ( ) does; ( √ )does NOT need an interpreter
Interpreter present ( √ ) NO; ( ) YES   Name:

---

| | |
|---|---|
| √ | Date of Arrest or ☐ Arrest Rule 40   6/22/05 |
| ☐ | Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator |
| ☐ | Deft First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel |
| √ | Financial Affidavit executed √ *ORAL MOTION FOR APPT OF COUNSEL* |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ☐ | ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed |
| ☐ | Detention Hearing ☐ held; ☐set for |
| ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ☐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered. Deft advised of conditions of release |
| √ | ☒ BOND EXECUTED (M/D AL charges) $. Deft released  25,000 |
| ☐ | ☐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ☐ | Bond not executed. Defendant to remain in Marshal's custody |
| ☐ | Deft. ORDERED REMOVED to originating district |
| √ | Waiver of √preliminary hearing; ☐ Waiver Rule 40 hearing |
| ☐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ☐ | ARRAIGNMENT ☐HELD. Plea of NOT GUILTY entered. ☐Set for DISCOVERY DISCLOSURE DATE: |
| ☐ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| ☐ | WAIVER of Speedy Trial. CRIMINAL TERM: |