# FINANCIAL AFFIDAVIT

IN UNITED STATES  ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: United States v.s. Nickcole Woody

FOR / AT:

LOCATION NUMBER:

- 1 ☒ Defendant—Adult
- 2 ☐ Defendant - Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: 3:05MJ77-M
Court of Appeals:

PERSON REPRESENTED (Show your full name): Nickcole Woody (Nicole)

CHARGE/OFFENSE (describe if applicable & check box →): 18 USC 922(a)(6) & 924(A)(1)(a)   ☒ Felony   ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: Russell Mills, Alexander City, AL
- IF YES, how much do you earn per month? $ NET 1,040
- IF NO, give month and year of last employment. How much did you earn per month? $
- If married is your Spouse employed? ☐ Yes ☐ No — NOT MARRIED
- IF YES, how much does your Spouse earn per month? $
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $242 month, Child Support; $592 month — Food Stamp Assistance

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE THE VALUE AND $ DESCRIBE IT

## OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
- Total No. of Dependents: 4
- List persons you actually support and your relationship to them: 4 daughters (ages 10, 9, 8, + 5)

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | Rent + utilities | $ | $ 316.00 |
| | Best Way Rental | $ | $ 160.00 |
| | Clothing for kids | $ | $ 500.00 |
| | Supplies | $ | $ 70.00 |
| | Cell phone | $ | $ 30.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): June 22, 2005

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/ Nicole Woody