AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

___MIDDLE___ DISTRICT OF ___ALABAMA___

UNITED STATES OF AMERICA
V.

NICKCOLE WOODY

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 3:05mj77-M

I, ___NICKCOLE WOODY___, charged in a ☒ complaint ☐ petition

pending in this District ___MIDDLE DISTRICT OF ALABAMA___

in violation of ___18___, U.S.C., ___922(a)(6) & 924(a)(1)(A)___,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

___6/22/05___
Date

___[signature]___
Defendant

___[signature]___
Counsel for Defendant