# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

UNITED STATES OF AMERICA

    vs.                         CASE NUMBER: 05mj77-M

NICKCOLE WOODY

## ORDER

On 22 June 2005, the defendant, NICKCOLE WOODY, appeared for an initial appearance in which the defendant waived her rights to a detention and preliminary hearing. Accordingly, it is

ORDERED that the defendant, NICKCOLE WOODY, is bound over to the grand jury for further action.

DONE this 24th day of June, 2005.

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE