IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
JUN 29 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 3:05CR162-F |
| v. ) | [18 USC 922(a)(6); |
| ) | 18 USC 924(a)(2); |
| NICOLE WOODY ) | 18 USC 924(a)(1)(A)] |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about June 18, 2003, in Chambers County, within the Middle District of Alabama,

NICOLE WOODY,

defendant herein, in connection with her acquisition of firearms, to-wit: a HiPoint .45 caliber ACP pistol, serial number 340762, and a HiPoint .40 caliber pistol, serial number X700972, from Pawn City, Inc., 1308 South Gilmer Avenue, Lanett, Alabama, a licensed firearms dealer, knowingly made false and fictitious oral and written statements to employees of Pawn City, which statements were likely to deceive employees of Pawn City, as to a fact material to the lawfulness of such sale or acquisition of the said firearms to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual buyer of firearms, when in fact, as the defendant well knew, "LF" was the actual buyer of the said firearms. All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 2

On or about June 18, 2003, in Chambers County, within the Middle District of Alabama,

NICOLE WOODY,

defendant herein, knowingly made a false statement and representation to a federal firearms licensee, to-wit: Pawn City, 1308 South Gilmer Avenue, Lanett, Alabama, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, to the effect that she was the actual buyer of firearms, whereas in truth and in fact, "LF" was the actual buyer of the firearms. All in violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
VERNE H. SPEIRS
Assistant United States Attorney