IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2007 JUN 14 P 3:14

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | CR. NO. 3:05CR162-MEF |
| ) | |
| NICOLE WOODY ) | |
| ) | |

## MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Indictment without prejudice, heretofore filed in the above styled cause, on the following grounds, to wit:

IN THE INTEREST OF JUSTICE

Respectfully submitted this the 14th day of June, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

Verne H. Speirs
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: verne.speirs@usdoj.gov