IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-cr-162-MEF |
| | ) | |
| NICOLE WOODY | ) | |

## **O R D E R**

Upon consideration of the government's Motion for Leave to Dismiss Indictment (Doc. #15) filed on June 14, 2007, it is hereby

ORDERED that the defendant show cause in writing on or before June 22, 2007 as to why the motion should not be granted.

DONE this the 18th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE