IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-cr-162-MEF |
| | ) | |
| NICOLE WOODY | ) | |

# **O R D E R**

Upon consideration of the government's Motion for Leave to Dismiss Indictment (Doc. #15) filed on June 14, 2007, it is hereby

ORDERED that the motion is GRANTED and the indictment in this case is DISMISSED.

DONE this the 5th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE